BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CARLOS REYES,<br><br>                              Defendant. | CASE NO.  1:14-CR-00011 AWI-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER |

        IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

Kimberly A. Sanchez, Assistant U.S. Attorney and David Torres, attorney for the defendant, that the status

conference set for February 10, 2014 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to

March 10, 2014 at 1:00 p.m.  The reason for the request is because the parties are engaged in plea

negotiations and further investigation.  The parties have scheduled a meeting for the week of February 10 to

further discuss the case.

        The parties further request the Court to enter an Order finding that the "ends of justice" served by a

continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §

3161(h)(7)(A).

Stipulation                                                          1

Dated: February 6, 2014                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney


                                  By       /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: February 6, 2014                    /s/ David Torres
                                           DAVID TORRES
                                           Attorney for Defendant


        IT IS SO ORDERED THAT the 1st Status Conference is continued from set for February 10,

2014 at 1:00 pm to March 10, 2014 at 1:00 p.m. before Judge McAuliffe.    Excludable time as to "ends of

justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and

that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §

3161(h)(7)(A).

Dated:   **February 6, 2014**                     /s/ Barbara A. McAuliffe

                                           UNITED STATES MAGISTRATE JUDGE