1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
   Fax: (661)326-0936
4  Email: dtorres@lawtorres.com

5  Attorney for:
   CARLOS REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:14-CR-00011-AWI-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) |
| CARLOS REYES, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHHI AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FERNANDO DELGADILLO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, July 6, 2015 be continued to Monday, August 3, 2015.

I was recently in a homicide trial in the matter of *People v. Rogers, BF152669A* which lasted approximately seven weeks and have not had an opportunity to prepare and file a sentencing statement on behalf of my client. I have spoken to AUSA Kimberly Sanchez, and she has no objection to continuing the sentencing hearing.

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

**IT IS SO STIPULATED.**

                                                    Respectfully Submitted,

DATED: 7/1/2015                              */s/ David A Torres*
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            CARLOS REYES

DATED: 7/1/2015                              */s/Kimberly Sanchez*
                                            KIMBERLY SANCHEZ
                                            Assistant U.S. Attorney

## ORDER

The sentencing hearing for the above named defendant previously set for July 6, 2015, is continued to August 3, 2015, at 10:00am before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   July 1, 2015                                      _____
                                                    SENIOR DISTRICT JUDGE